**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CIVIL ACTION NO. 18-154-DLB-CJS**

**KIMBERLY CHILDRESS**                                                                   **PLAINTIFF**

**v.**                                                  **JUDGMENT**

**BANK OF AMERICA, N.A.**                                                                **DEFENDANT**

* *  * *  * *  * *  * *  * *  * *  * *

Consistent with the Memorandum Opinion and Order entered contemporaneously today, and pursuant to Rule 58 of the Federal Rules of Civil Procedure,

**IT IS ORDERED AND ADJUDGED** as follows:

(1)   **JUDGMENT** is hereby entered **in favor of Defendant Bank of America, N.A.**;

(2)   This matter is hereby **STRICKEN** from the Court's active docket; and

(3)   This is a **FINAL and APPEALABLE** order.

This 19th day of January, 2022.



Signed By:
*David L. Bunning* DB
United States District Judge

M:\DATA\ORDERS\Cov2018\18-154 Judgment.docx